4/7/23, 1:57 PM
Case: 1:23-cv-02520 Document #: 4-1 Filed: 04/21/23 Page 1 of 3 PageID #:35
The team | flipchi

# FLIPCHICAGO

Home | The System | About | GET STARTED | LIST PROPERTY | Brokerage | Past Deals | More

## Grow better with the right TEAM.

Flip Chicago has well over 100 years of Real Estate Experience. We are masters of our craft. When you work with Flip Chicago you work with a team dedicated to produce results. Each transaction involves multiple team members devoted to your success. Our clients don't work with an "agent".

They work with our TEAM.

### General Inquiries:
Let's work together.

Send us a general inquiry. We're here to answer any questions you may have.

**EMAIL FLIP CHI**



**MARCIN CHOJNACKI**
MANAGING BROKER
INVESTMENTS

EMAIL:
MARCIN.CHOJNACKI@MYCHASEAGENT.COM
MOBILE:
630-329-7800
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about



**LORI MIKOSZ**
R.E. BROKER
INVESTMENTS

EMAIL:
LORI.MIKOSZ@MYCHASEAGENT.COM
MOBILE:
630-677-4571
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about



**PHU NGUYEN**
R.E. BROKER
RESIDENTIAL SALES
INVESTMENTS

EMAIL:
PHU.NGUYEN@MYCHASEAGENT.COM
MOBILE:
312-543-4930
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about



**RICH BALAUAG**
R.E. BROKER
INVESTMENTS

EMAIL:
RICH.BALAUAG@MYCHASEAGENT.COM
MOBILE:
224-381-6226
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about



**COURTLAND STANSBERRY**
R.E. BROKER
INVESTMENTS

EMAIL:
COURTLAND.STANSBERRY@MYCHASEAGENT.COM
MOBILE:
773-372-2464
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about



**HARIN YOGINA**
R.E. BROKER
RESIDENTIAL SALES
INVESTMENTS

EMAIL:
HARIN.YOGINA@MYCHASEAGENT.COM
MOBILE:
847-946-6932
OFFICE:
847-744-5003

LEARN MORE AT:
www.flipchi.com/about




FLIPCHICAGO     Home     The System     About     GET STARTED     LIST PROPERTY     Brokerage     Past Deals     More





EMAIL:
DEE.PATEL@MYCHASEAGENT.COM
MOBILE: 847-920-4714
OFFICE: 847-744-5003

LEARN MORE AT:
www.flipchi.com/about

EMAIL:
BEN.ESCALANTE@MYCHASEAGENT.COM
MOBILE: 847-346-5670
OFFICE: 847-744-5003

LEARN MORE AT:
www.flipchi.com/about

EMAIL:
KEVIN.WANG@MYCHASEAGENT.COM
MOBILE: 630-888-8741
OFFICE: 847-744-5003

LEARN MORE AT:
www.flipchi.com/about




**BRENDA WALUS**
R.E. BROKER
RESIDENTIAL SALES

EMAIL:
BRENDA.WALUS@MYCHASEAGENT.COM
MOBILE: 630-877-8511
OFFICE: 847-744-5003

LEARN MORE AT:
www.flipchi.com/about

**KORAY YESILLI**
INVESTMENT ANALYST
GERMAN AND TURKISH SPEAKING

EMAIL:
KORAY.YESILLI@MYCHASEAGENT.COM
MOBILE: 312-543-4930
OFFICE: 847-744-5003

*Licensed R.E. Broker

## Behind the scenes:
Other team members that work with us.

Iwona - Accounting

Ziggy - Photography

Chris - Head Acquisitions

David - Property Preservation

Joe + Kevin - Contracting/Maintenance

Kari - Insurance

### FLIP CHICAGO
CHASE REAL ESTATE

Address: 25 E Main St.
Suite 204
Roselle IL 60172
Phone: 847-744-5003
Email:
arcin.chojnacki@mychaseagent.com

### HOURS OPEN

Mon-Fri: 9 a.m. - 5 p.m.
Saturday: LIMITED
SUNDAY: CLOSED

### HELP

Contact
Privacy Policy
FAQ

## LEAVE YOUR EMAIL AND WE'LL REACH OUT!

EMAIL *                                              I LOVE R.E.

Case: 1:23-cv-02520 Document #: 4-1 Filed: 04/21/23 Page 3 of 3 PageID #:37

FLIPCHICAGO    Home    The System    About    GET STARTED    LIST PROPERTY    Brokerage    Past Deals    More

qualified or authorized to render such advice. Real estate investing may not be suitable for all investors.
Chase Real Estate does not hire or have a financial interest in any service providers. Investors can hire any provider of their choosing. Chase Real Estate acts in a real estate brokerage capacity only.