







# FIND YOUR NEW AGENT

*Browse results below or search again.*

## BRENDA WALUS

Brenda.Walus@MyChaseAgent.com
O: 847-744-5003
M: 630-877-8511

## AMY BAUCHENS

Amy.Bauchens@MyChaseAgent.com
O: 847-744-5003
M: 847-533-7319

## LORI MIKOSZ

Lori.Mikosz@MyChaseAgent.com
O: 847-744-5003
M: 630-677-4571









KYLE STEWART

Kyle.Stewart@MyChaseAgent.com
O: 846-744-5003
M: 312-834-4526

PHU NGUYEN

Phu.Nguyen@MyChaseAgent.com
O: 847-744-5003
M: 312-543-4930

BEN ESCALANTE

Ben.Escalante@MyChaseAgent.com
O: 847-744-5003
M: 847-346-5670

DEE PATEL

dee.pat0490@gmail.com
O: 847-744-5003
M: 847-920-4714

CHASE
REAL ESTATE

HARIN YOGINA

Harin.Yogina@MyChaseAgent.com
O: 847-744-5003
M: 847-946-6932

KEVIN WANG

Kevin.Wang@MyChaseAgent.com
O: 847-744-5003
M: 630-888-8741







MARTA PIECHNIK

Marta.Piechnik@MyChaseAgent.com
O: 847-744-5003
M: 773-415-5900

COURTLAND STANSBERRY

Courtland.Stansberry@MyChaseAgent.com
O: 847-744-5003
M: 773-372-2464

RICH BALAUAG

Rich.Balauag@MyChaseAgent.com
O: 847-744-5003
M: 224-381-6226

MARCIN CHOJNACKI

Marcin.Chojnacki@MyChaseAgent.com
O: 847-744-5003
M: 630-329-7800

CHASE
REAL ESTATE
How The Game is Won.

GET IN TOUCH

EXPLORE

ARE YOU READY TO WORK WITH A REALTOR®?

Marcin.Chojnacki@MyChaseAgent.com
O: 847-[illegible]
M: 630-329-7800

How The Game is Won.

## GET IN TOUCH

- Chase Real Estate
- 630-527-0095
- Chase Real Estate, LLC
  1903 Springbrook Square Dr.
  Naperville, IL 60564

## EXPLORE

Home
About
Chase Offices
Join Our Team
Our Team
Featured Area
Properties
Buyers
Sellers
Blog
Contact
Chase Real Estate Listings
Homes For Rent
Tax Appeal
Hablo Espanol

## ARE YOU READY TO WORK WITH A REALTOR®?

Only real estate professionals who are members of the NATIONAL ASSOCIATION OF REALTORS® may call themselves REALTORS®. All REALTORS® must subscribe to NAR's strict Code of Ethics, which is based on honesty, professionalism and the protection of the public.

## CONSUMER PROTECTION

Privacy Policy
DMCA Notice

© 2023. All Rights Reserved

Created with Placester